**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Hubert-Uriel McCauley,<br><br>　　　　Plaintiff,<br>　　vs.<br><br>Dora B. Schriro,<br><br>　　　　Defendant. | No. CV-08-0795-PHX-PGR<br><br>ORDER |

　　　　The plaintiff having filed a Motion to Dismiss (doc. #4), which the Court construes as a notice of voluntary dismissal pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i),

　　　　IT IS ORDERED that the Clerk of the Court shall terminate this action.

　　　　DATED this 28th day of May, 2008.

　　　　　　　　　　　　　　　　　　　／s／ Paul G. Rosenblatt
　　　　　　　　　　　　　　　　　　　Paul G. Rosenblatt
　　　　　　　　　　　　　　　　　　　United States District Judge